| STATE OF INDIANA | ) | | IN THE WABASH SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF WABASH | ) | | CAUSE NO. 85D01-2308-CT-000500 |

JODI L. BRUMBAUGH,          )
                            )
    Plaintiff,              )
                            )
v.                          )
WHITE'S RESIDENTIAL AND     )
FAMILY SERVICES, INC., d/b/a )
JOSIAH WHITE'S              )
    Defendant.              )

## COMPLAINT

Plaintiff, alleges against Defendant that:

1. The Plaintiff is Jodi L. Brumbaugh who claims that she was discriminated against, harassed, retaliated against, and terminated, all in violation of Title VII of the civil rights act of 1976, 42 U.S.C. § 2000e *et seq.* ("Title VII"), as is detailed in the allegations contained in her Charge of Discrimination No. 470-2023-00930, which is attached hereto and made a part hereof and which was file with the Equal Employment Opportunity Commission ("EEOC") on or about December 1, 2022. The EEOC issued a Determination and Notice of Rights on or about May 4, 2023, and this Complaint has been filed within 90 days after receipt thereof.

2. Defendant White's Residential and Family Services, Inc., d/b/a Josiah Whites is physically located at 5233 S. 50 E. Wabash, IN 46992. Its resident agent is Ron Evans at 5233 S. 50 E. Wabash, IN 46992. Defendant is an employer for purposes of Title VII and the wage laws of the State of Indiana.

3. Plaintiff filed and signed an Application for Wage Claim which was attached to a

–1–

"Application to Proceed" letter sent to the Indiana Department of Labor and the Indiana Attorney General which are attached hereto as Exhibit's C and D. The "granting permission" letter from the Indiana Attorney General/IDOL allowing counsel to proceed with Plaintiff's wage claim will be attached to an amended complaint when it is received.

4. Plaintiff has been damaged and injured as a result of the intentional acts of discrimination, harassment, retaliation, job termination, and withholding of wages in that the Plaintiff has suffered a loss of her job and job related benefits including income; she has experienced mental anguish, emotional distress, financial distress, humiliation, embarrassment, inconvenience, and other damages and injuries; punitive damages against Defendant are warranted given that Defendant's conduct was intentional, reckless, malicious, wanton, and in reckless disregard of Plaintiff's federally protected civil rights under Title VII.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for pecuniary damages, compensatory damages, punitive damages, liquidated damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:    (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:    cmyers@myers-law.com
Counsel for Plaintiff